CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
AUG 17 2007
JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DERWIN OSBOURNE #223119, ) | |
| Plaintiff, ) | Civil Action No. 7:07-cv-00387 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| P. HARLESS, et al., ) | By: Hon. Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this case is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g). The matter shall be stricken from the active docket of the court, and any pending motions are **DENIED as MOOT**.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 17th day of August, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge